# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (101 West Lombard Street, Baltimore, Maryland 21201 )

|  |  |  |
|---|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America | ) ) ) ) ) ) ) ) |  |
| Plaintiffs (Pro Se) | ) ) | C. A. No.:  TDC 25CV2569 |
| v. | ) ) |  |
| Prince George's County Police Department, State Attorney's Office of Prince George's County, Prince George's County Social Services, Prince George's County District Court, Prince George's County Circuit Court, Maryland Supreme Court, Appellate Court  of Maryland, Maryland State Bar Association (MSBA), Mahasin El Amin (Prince George's County Clerk of the Court), Joshua Smith, Rachel Dombrowski Clerk of the Court, Maryland State Police Department, Bowie Police Department, Bowie State University Police Department, United States Attorney's Office of Maryland (Kelly Hayes), Mayor Tim Adams of Bowie, Maryland, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |

AUG 04 2025

FILED  LOGGED  ENTERED  RECEIVED

BY
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

)
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for $80,000 against the defendants collectively referred to as **"The Maryland Defendants"** for negligence, intentional infliction of emotional distress (IIED), Civil Rights violations, and violations of constitutional law.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

**1.)** The following url links from the **Federal Election Commission (FEC)** are relevant to prove the material fact that the federal government of the United States in the executive branch (FEC) recognizes the plaintiff as being **Presidential Candidate # P60005535** with the Political Action Committee (PAC) or Separate Segregated Fund (SSF) of United Emrits of America with the **committee number of C00569897**

https://www.fec.gov/data/candidate/P60005535/?cycle=2016

https://www.fec.gov/data/committee/C00569897/?cycle=2016

2.) Even if these url links from the Federal Election Commission (FEC) are considered to be **hearsay as an "out-of-court statement asserted fo the truth of the matter"** under Rule 803 of Federal Rules of Evidence (FRE), these url links would be considered to be non-hearsay or a hearsay exception under the learned treatise exception or business records exception soliciting the stare decisis of both ***Palmer v. Hoffman*** and ***Johnson v. Lutz*** in which

**Chief Judge George Levi Russell** can take judicial notice that the plaintiff is a widely-recognized presidential candidate and independent musician pursuant to **Rule 201 of Federal Rules of Evidence**. The address for the Federal Election Commission is **1050 First Street, NE Washington, DC 20463** with an email address of info@fec.gov and conferences@fec.gov

https://www.fec.gov/contact/

https://www.law.cornell.edu/rules/fre/rule_803

https://www.rulesofevidence.org/fre/article-viii/rule-803/

https://www.law.cornell.edu/rules/fre/rule_201

https://content.next.westlaw.com/Document/N3CBEF130B96D11D8983DF34406
B5929B/View/FullText.html?transitionType=Default&contextData=(sc.Default)

https://supreme.justia.com/cases/federal/us/318/109/#:~:text=A%20ruling%20of%
20the%20trial,reversal%20in%20this%20case%2C%20since

https://law.justia.com/cases/new-york/court-of-appeals/1930/253-n-y-124-170-n-e-
517.html

3.) The following website from the Florida Secretary of State proves to the Maryland Defendants that in the year 2015, the office of **Secretary of State Ken Detzner of Florida sent a letter to the plaintiff in Las Vegas, Nevada** (Clark County) acknowledging that **Florida was the very first state to recognize the plaintiff's presidential campaign** even before Governor Ron DeSantis was elected around 2018 since 2015 is before 2018)

https://dos.elections.myflorida.com/campaign-docs/?account=64680

4.) The following website as url link also proves that **<u>Ballotpedia recognizes the plaintiff as both a 2016 and 2020 presidential candidate</u>** even though the FEC did not recognize the plaintiff's **FEC Form 1 and Form 2 for 2024** under the Federal Election Campaign Act, Ethics in Government Act, and McCain-Feingold Act and stare decisis/persuasive precedent of ***<u>FEC v. Citizens United</u>***.

https://ballotpedia.org/Ronald_Satish_Emrit

5.) The following link provides the "Maryland Defendants" with **constructive notice as in "know or should have known"** that Magistrate Judge Karen Wells Roby of Tulane University authorized the USA Marshals to serve process on Speaker of the House Mike Johnson at **568 Cannon House Office Building** in which the plaintiff is now the answer to a trivia question, *"Who is the first presidential candidate to ever perfect service of process on a Speaker of the House (Mike Johnson) in the year 2025?"* through **Jahliel Phillips as a record analyst with USA Marshals** at 333 Constitution Avenue, Washington, DC in which the certified mail receipt tracking number is **7008 1140 0004 0193 4215**

https://www.pacermonitor.com/public/case/56510218/Emrit_et_al_v_Musk_et_al

https://www.law.cornell.edu/wex/constructive_notice

https://content.next.westlaw.com/practical-law/document/Id4cfb60af3ad11e28578f7ccc38dcbee/Constructive-Notice?viewType=FullText&transitionType=Default&contextData=(sc.Default)

6.) To clarify and be more specific, the Records Analyst Jahliel Phillips of USA Marshals at E. Barrett Prettyman Courthouse in Washington, DC perfected service of process on Speaker of the House Mike Johnson on behalf of the plaintiff at **10:44 am on May 19th, 2025**.  Please note that the FBI field offices in both Maryland and Washington, DC have nothing to do with the United States Marshals perfecting service of process on behalf of a civil litigant such as the plaintiff involving **Form USM-285**, a civil summons, and **28 U.S.C. Section 1915 and 28 U.S.C. Section 636** authorized by Magistrate Judge Karen Wells Roby of Tulane University.  The decision of Magistrate Judge Karen Wells Roby also does not have to be approved by FBI headquarters at **935 Pennsylvania Avenue, NW Washington, DC 20535** or by **Attorney General Pam Bondi at 950 Pennsylvania Avenue, NW Washington, DC 20530**.  This is solely within the discretion of Magistrate Judge Karen Wells Roby having jurisdiction OVER the USA Marshals without violating the **separation-of-powers doctrine**.

7.) Accordingly, as president of United States perhaps by 2028 or 2032, the plaintiff would appoint Magistrate Judge Karen Wells Roby as second African-American woman appointed to USA Supreme Court after **Ketanji Brown-Jackson** and would also appoint **Senior Judge Virginia Hernandez-Covington of Tampa, Florida at Sam Gibbons Courthouse** to be the second Latina Supreme Court justice appointed after Justice Sonia Sotomayor who unfortunately has diabetes mellitus according to the media.

8.) The following website also provides the "Maryland Defendants" with constructive notice as in know or should have known that the **Fifth Circuit case number of 25-30310** is the case where the plaintiff filed an appellate

brief requesting that Magistrate Judge Karen Wells Roby be appointed special master in the lower court as opposed to Chief Judge Wendy Vitter pursuant to **Rule 53 of Federal Rules of Civil Procedure (FRCP)** and a broad interpretation of 28 U.S.C. Section 636 even involving an **ex parte motion or notice submitted by the plaintiff**

https://dockets.justia.com/docket/circuit-courts/ca5/25-30310

9.) With regards to collateral estoppel, claim preclusion, res judicata and to a lesser extent the **Double Jeopardy Clause which does not apply to civil cases** involving res judicata, the plaintiff is filing this brand new case against the "Maryland Defendants" which is related to a similar case against Governor Wes Moore and other Maryland officials in the local and federal legislative branches of government.

https://www.law.cornell.edu/wex/collateral_estoppel

https://en.wikipedia.org/wiki/Collateral_estoppel

https://www.law.cornell.edu/wex/res_judicata

https://en.wikipedia.org/wiki/Res_judicata

https://www.law.cornell.edu/wex/double_jeopardy

https://en.wikipedia.org/wiki/Double_Jeopardy_Clause

10.)    The plaintiff is filing this "brand new lawsuit" because the Maryland Defendants as state actors do not appreciate the serious nature of the plaintiff's request and/or necessity to obtain a **Section 8 Housing Voucher (HCV)** in which the **state of Maryland can mitigate damages related to the previous case brought against Governor Wes Moore**.

11.)    Rather than obtain a restraining order against the the plaintiff's neighbor
Chris Brooks for **trespass, stalking, harassment, and/or voyeurism**, the
plaintiff would much rather mitigate his own damages by obtaining a
Section 8 Housing Voucher (HCV) from the state of Maryland subsidized by
the **U.S. Department of Housing and Urban Development (HUD)**.

12.)    The plaintiff argues that all of the "Maryland Defendants" are negligent
and have committed a breach of their duty as state actor to provide the
constituents of Maryland (in this case the plaintiff of Bowie, Maryland) with
housing resources notwithstanding the common response of there being a
**3-5 year waiting list for just about every housing authority and Section
8 Housing Vouchers HCV**).

13.)    The "Maryland Defendants" as state actors also do not appreciate the
value of a Section 8 Housing Voucher (HCV) for a **disabled man with
bipolar disorder** who has had to face homelessness because of a bad credit
score with the credit bureaus of Equifax, Experian, and Transunion against
which the plaintiff has also litigated in federal courts with a federal question
created by an invocation of the **Fair Credit Reporting Act (FCRA)** under
28 U.S.C. Section 1331 on the **JS-4 as civil cover sheet**.

14.)    If the "Maryland Defendants" do not provide the plaintiff with a Section
8 Housing Voucher (HCV) under the **Fair Housing Act (FHA) and
Americans with DIsabilities Act of 1990 (ADA)** creating a federal question
under 28 U.S.C. Section 1331, then this only motivates the plaintiff more to
run for president in 2028 and 2032 whereby he can move into The White
House at **1600 Pennsylvania Avenue, NW Washington, DC 20500**
whereby he would no longer require a Section 8 Housing Voucher (HCV)
because he would be living at The White House.

15.)    Pursuant to the **Supremacy Clause of the U.S. Constitution**, the federal
court in Maryland has **original, exclusive, personal, and subject matter
jurisdiction** over all of the "Maryland Defendants" as an Article III court
despite the separation-of-powers doctrine pursuant to the landmark case of
***Marbury v. Madison*** in 1803 when Chief Justice John Marshall established
the doctrine of judicial review.

16.)    In addition, the landmark case of ***Maryland v. McCulloch*** addressed the
Necessary and Proper Clause of the U.S. Constitution whereby a federal
bank was being taxed by the state of Maryland in which the necessary and

proper clause can also be viewed as an application of the Supremacy Clause in which a federal bank was deemed to be superior to the state of Maryland and therefore exempt from any state taxation.

## II.) PARTIES TO THIS LITIGATION

17.)    The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast).  His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720.  His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

18.)    The first defendant is Prince George's County Police Department with the address of     5303 Chrysler Way, Upper Marlboro, MD 207725303 Chrysler Way, Upper Marlboro, MD 20772 (301)780-8600

19.)    The second defendant is State Attorney's Office of Prince George's County with the address of 14735 Main Street, Suite M3403, Upper Marlboro, MD 20772 and phone number of 301-952-3500

20.)    The third defendant is Prince George's County Social Services with the address of 805 Brightseat Road, Landover, MD 20785 and phone number of 301-909-7025, and email address of pgcdss@dhr.state.md.us

21.)    The fourth defendant is Prince George's County District Court with the address of 14735 Main St, Upper Marlboro, MD 20772, Suite # 173B(301) 298-4000

22.)    The fifth defendant is Prince George's County Circuit Court with the address of 14735 Main St, Upper Marlboro, MD 20772 and phone number of (301) 952-3655

23.)    The sixth defendant is Maryland Supreme Court with the address of Robert C. Murphy Courts of Appeal Building, 361 Rowe Boulevard, Annapolis, MD 21401, and phone number of 410-260-1500

24.)   The seventh defendant is Appellate Court  of Maryland 361 Rowe Boulevard

Annapolis, MD 21401, 410-260-1450, 888-200-7444 with the clerk of the court as Rachel Dombrowski

25.)   The eighth defendant is Maryland State Bar Association (MSBA) with the address of 520 W Fayette St #100, Baltimore, MD 21201 and phone number of (410) 685-7878

26.)   The ninth defendant is Mahasin El Amin (Prince George's County Clerk of the Court) with the address of 14735 Main St, Upper Marlboro, MD 20772, Suite # 173B(301) 298-4000

27.)   The tenth defendant is Rachel Dombrokwski as clerk of the court with the address of 361 Rowe Boulevard, Annapolis, MD 21401, 410-260-1450, 888-200-7444

28.)   The eleventh defendant is Maryland State Police with the address of 1201 Reisterstown Road
Pikesville, MD 21208, (410) 653-4200

29.)   The twelfth defendant is JOshua Smith of Maryland State Police Department with the address of 1201 Reisterstown Road
Pikesville, MD 21208
(410) 653-4200

30.)   The thirteenth defendant is Bowie State Police Department with the address of15901 Excalibur Rd, Bowie, MD 20716

31.)   The fourteenth defendant is Mayor of City of Bowie, Maryland with the address ofCity Hall, 15901 Fred Robinson Way, Bowie, MD 20716 and phone number of  301-809-3029 and email address of tadams@cityofbowie.org

32.)   The fifteenth defendant is Bowie State University (BSU) Police Department with the address of 14000 Jer301-860-4040icho Park Road

33.)   Bowie, MD 20715-9465 and number of 301-860-vpsa@bowiestate.edu

34.)   The sixteenth and final defendant is United States Attorney of Maryland Kelly Hayes with the address of 36 S. Charles Street 4th Fl.

35.)   Baltimore, MD 21201 and 6406 Ivy Lane Suite 800 Greenbelt, MD 20770 with the phone numbers of (410) 209-4800 and (301) 344-4433

## III.) JURISDICTION AND VENUE

36.)    According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

37.)    Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

38.)    Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of Maryland (as an Article III court) has jurisdiction over this matter because even though there is no complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Bowie, Maryland and no longer in Fort Worth, Texas.

39.)    As an **Article III court**, the U.S. District Court for the District of Maryland also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of **Title VII of the Civil Rights Act of 1964**, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

40.)    Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

41.)    Venue in this jurisdiction is also proper pursuant to **28 U.S.C.A. Sections 1391 and 1400**.

42.)    Because the amount in controversy does exceeds $75,000 (i.e. $80,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

43.)    On or around **Thursday of July 17th, 2025**, the plaintiff contacted 9-1-1 when his sister Tanya told him that the plaintiff;s nephew **Daryl**

**Christopher Brooks (Chris Brooks or "Crooks")** had recorded video on his phone allegedly of the bathroom in the basement at **5108 Cornelias Prospect Drive** and perhaps a part of the basement where the plaintiff sleeps in the **Fairwood neighborhood of Bowie, Maryland.**

44.) Because the plaintiff's sister Tanya Brooks told the plaintiff that Daryl Christopher Brooks took a video on his phone of the bathroom in the basement and perhaps the plaintiff's part of the basement, the plaintiff naturally assumed that Daryl Christopher Brooks was taking pictures of the plaintiff while he was sleeping or perhaps in the bathroom and maybe while the plaintiff was getting dressed or coming out of the shower.

45.) However, it is quite possible and not clear to the plaintiff whether or not Dary Christopher Brooks has video on his phone of the bathroom while it is unoccupied or in the basement while the plaintiff was not there in the basement.

46.) Out of an **abundance of caution**, the plaintiff is filing this motion just in case Daryl Christopher Brooks has video on his phone of the plaintiff while he was sleeping, leaving the shower, or getting dressed which would all be sufficient to file a **criminal complaint for voyeurism** at the very least if not trespass (crime against property), stalking, or harassment given that voyeurism, stalking and harassment are crimes against person (the plaintiff) and not a **crime against property like trespass**.

47.) When the police officers in Prince George's County responded to the plaintiff's 9-1-1 call, the police officers took a tour of the basement and concluded that they would not file a police report because the plaintiff lives in an open area with no door to sequester himself in a room. Nevertheless, the plaintiff would much rather obtain a **Section 8 Housing Voucher (HCV) from Prince George's County Housing Authority** rather than file a restraining order against Daryl Chsritopher Brooks for allegedly

committing voyeurism, stalking, or harassment if the trespass claim is not
substantial.

48.)    All of these issues regarding Prince George's County Police Department
and Prince George's County Housing Authority are under the jurisdiction of
both **Governor Wes Moore and Aisha Braveboy** with the argument that
the both of them have the authority to mandate that Prince George's County
Housing Authority provide the plaintiff with a housing voucher (HCV) to
**mitigate damages** and to avoid the escalation of a landlord/tenant issue
whereby the plaintiff has to get a **restraining order against Daryl
Christopher Brooks** where he might have to leave the property at 5108
Cornelias Prospect Drive.

49.)    The plaintiff now has **11 federal lawsuits against Governor Wes Moore
in 9 states** in addition to separate litigation against Senator John Thune.
The plaintiff expressed his concerns about Daryl Christopher Brooks in an
online complaint to Maryland Attorney General Anthony Brown in which
the complaint number is **MU-524709**.

50.)    The plaintiff also expressed his concern about Daryl Christopher Brooks
to Federal Trade Commission (FTC) in an online complaint about spam
emails allegedly as phish scams from Lowe's in which the FTC complaint
number is **190261990**.

51.)    The plaintiff also filed an online complaint with Prince George's County
Sheriff's Office in which the confirmation number was **9247fa** and sent
emails to IAD.MCP2montgomerycountymd.gov
The plaintiff had also been sending emails to mediator@oag.state.md.us and
police_custserv@co.pg.md.us ; pgcdss@dhr.state.md.us ; Mediation Unit
<mediator@oag.state.md.us> ; OAG <oag@oag.state.md.us> ;
oag@arkansasag.gov

52.)    The following YouTube links are also character evidence and
circumstantial evidence as hearsay exception (pursuant to **Rule 803 of**

**Federal Rules of Evidence**) for state of mind that Chris Brooks has schizophrenia and maybe bipolar disorder in addition to OCD

https://www.youtube.com/watch?v=a0zNl4Ifj-g&list=RDa0zNl4Ifj-g&start_radio=1

https://www.youtube.com/watch?v=Xd5WjXcZVyc&list=RDXd5WjXcZVyc&start_radio=1

https://www.youtube.com/watch?v=VKmQ7H318aE&list=RDVKmQ7H318aE&start_radio=1

53.)    Pursuant to the Supremacy Clause of the United States Constitution, the plaintiff;s lawsuit has jurisdiction OVER both Prince George's County Police Department and Aisha Braveboy in addition to Governor Wes Moore in which the "Abrego Garcia judge" (Paula Xinis) now has jurisdiction OVER Prince George's County Police Department (if she grants the motion), Governor Wes Moore, and Aisha Braveboy.  Based on a Google search, this is what is being returned for the search engine optimization (SEO) of Ronald Emrit v. Governor Wes Moore in the state of Maryland

https://www.pacermonitor.com/public/case/58913332/Emrit_v_Moore_et_al

54.)    The Notice of Case Action number from Florida Department of Children and Families (DCF) regarding an email about this complaint about Dary Christopher Brooks is **62699897**

55.)    The plaintiff argues that Chris Brooks is committing **gross negligence** by not **getting married to his girlfriend "Cee Cee" and moving to a different location** where they can provide a home for their family which

would include their son by the name of **"Denim" who appears to be autistic** or may have **Asperger's Syndrome** according to conversation of the plaintiff's sister Tanya Brooks.

56.)    Instead of getting married and moving to their own home like most normal couples around the age of 30, Chris Brooks and his girlfriend Cee Cee continue to occupy a basement at 5108 Cornelias Prospect Drive in which there is no door or wall to divide the tenants in the basement which is an **open living area like a homeless shelter or an office with cubicles**.

57.)    The plaintiff's landlord is his father Ronald Cephas Emrit and not Tanya Brooks who does not own the property at 5108 Cornelias Prospect Drive. If the landlord Ronald Cephas Emrit allows Chris Brooks to stay in the basement at 5108 Cornelias Prospect Drive and **smoke marijuana on the premises** (he can only have **2 plants for civil and personal use**) and try to raise a family in that part of the basement, then the plaintiff argues that this is **gross negligence and neglect on the part of Chris Brooks** because he has a duty and an obligation to provide his own home for his family by getting married and moving to a different location which could also be neglect in addition to negligence investigated by **social services on Brightseat Road in Landover**.

https://www.peoples-law.org/recreational-marijuana-cannabis-use-and-possession-maryland

https://cannabis.maryland.gov/pages/cannabisfaq.aspx

https://www.howardcountymd.gov/police/maryland-state-cannabis-law

https://en.wikipedia.org/wiki/Cannabis_in_Maryland

https://health.baltimorecity.gov/policies-and-initiatives/state-and-local-laws-faqs

58.) The plaintiff's nephew Ryan Haynes is getting married like most normal couples in their 20's and 30's

https://www.facebook.com/photo/?fbid=740895905072686&set=a.528952926266986

59.) The plaintiff's favorite nephew is **Ryan Haynes of South Carolina** and not Christopher Brooks who is a **"weedhead" with schizophrenia** that annoys the plaintiff and is being negligent by not getting married and moving to his own place like most normal couples.

60.) Christopher Brooks apparently works for the Washington Commanders which has a stadium in **Raljan, Maryland by Landover** which is about to be moved back to Washington, DC with the condition precedent that Donald J. Trump says the Washington Commanders music change their name back to the Washington Redskins

https://abcnews.go.com/Politics/trump-demands-washington-commanders-reverse-change-threatens-facilitate/story?id=123921777

https://www.npr.org/2025/07/20/nx-s1-5474356/trump-washington-commanders-new-stadium-team-name

https://www.cnn.com/2025/07/20/politics/washington-commanders-trump-stadium

https://apnews.com/article/washington-commanders-trump-name-change-f2ec70a65c5be1130611094aad3728f7

61.)   Pursuant to **Rule 201 of Federal Rules of Evidence (FRE)**, the "Abrego Garcia Judge" (Paula Xinis) should take judicial notice that the plaintiff in the present case at bar has also litigated against the National Football League (NFL), Daniel Snyder, and The Washington Redskins back in 2019 and 2020 arguing that the Washington Redskins had a racist and offensive trademark looking for an injunction as equitable remedy mandating that the Washington Redskins change their logo or trademark.  The Fourth Circuit case number in Richmond, Virginia was **19-2434** in which the lower court case was presided over by Judge Peter Messite

https://law.justia.com/cases/federal/appellate-courts/ca4/19-2434/19-2434-2020-09-24.html

https://www.govinfo.gov/app/details/USCOURTS-ca4-20-01040

https://www.govinfo.gov/app/details/USCOURTS-ord-6_20-cv-00024

62.)   Another case against The Washington Redskins was on appeal from Eastern Virginia with the case number of **20-1040** in which the lower court case was presided over by **Judge Claude Hilton in Alexandria, Virginia**. The lower court case number in Eastern Virginia was **1:19-cv-01302**

https://law.justia.com/cases/federal/appellate-courts/ca4/20-1040/20-1040-2020-03-17.html

https://www.courtlistener.com/docket/16326305/emrit-v-national-football-league/

63.)   The plaintiff even had a case against The Washington Reskins in the United States Court of Appeals for Washington, DC in which the case number is **19-7165** decided on May 18th of 2020 before Griffith, Pillard, and Wilkins in which they cited **Rule 34 of Federal Rules of Appellate**

**procedure (FRAP)** and **D.C. Circuit Local Rule 36** involving the opinion not being published

https://caselaw.findlaw.com/court/us-dc-circuit/2066968.html

https://media.cadc.uscourts.gov/judgments/bydate/2020/5

64.)    The case number in Hawaii for Ronald Emrit v. National Football League (NFL) was **1:20cv8** presided over by **Judge Leslie Kobayashi and Magistrate Judge Wes Reber Porter**.  The appeal number in the Ninth Circuit was **20-15918**

https://www.pacermonitor.com/public/case/31720348/Emrit_v_National_Football_League_et_al

https://www.pacermonitor.com/public/case/31720348/Emrit_v_National_Football_League_et_al

65.)    There was a separate case in Oregon against the National Football League (NFL) with the case number of **6:20-cv-00024** presided over by **Judge Mustafa T Kasubhai** and Magistrate Judge Ann Aiken

https://www.pacermonitor.com/public/case/31675377/Emrit_v_National_Football_League_et_al

https://www.pacermonitor.com/public/case/31675377/Emrit_v_National_Football_League_et_al

66.)    Another appeals court case number in the Fourth Circuit in Richmond, Virginia at 1100 East Main Street is **20-1040** decided on the plaintiff's birthday on **March 17th of 2020** by Circuit Judges King, Keenan, and Floyd

where they cited **28 U.S.C. Section 1291** addressing interlocutory appeals
and final orders

https://caselaw.findlaw.com/court/us-4th-circuit/2054256.html

67.)    The plaintiff believes that Chris Brooks is very stupid and ignorant that
he does not even know that the plaintiff litigated against The Washington
Redskins and Daniel Snyder nationwide.

**68.) Chris Brooks has a son "Milo" with Elona Shivers who is the greatest in
the world** and is a favorite of the plaintiff, but Chris Brooks and his girlfriend
"Cee Cee" and son Denim need to find a new place to live and stop living the
basement at 5108 Cornelias Prospect Drive as this is negligence and/or neglect on
the part of Chris Brooks as **he has a duty to get married and raise a family in
his own home and not a basement while he smokes marijuana on a daily basis**.

69.) This is Rule 15 of Federal Rules of Civil Procedure (FRCP) from Cornell
University

https://www.law.cornell.edu/rules/frcp/rule_15

70.) These are Facebook links for the plaintiff's former fiance Maria Cherniavska
originally from Kharkiv, Ukraine and now from Warsaw, Poland involving the
Creation of Adam and Bering Strait between Russia and Alaska in addition to
Adam Rodriguez at 1111 Figueroa Avenue at Staples Center from 2010

https://www.facebook.com/photo/?fbid=528949832933962&set=a.528952926266986

https://www.facebook.com/photo/?fbid=528950159600596&set=a.528952926266986

https://www.facebook.com/photo/?fbid=528951492933796&set=a.528952926266986

https://www.facebook.com/photo/?fbid=528951642933781&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=528951932933752&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623464503482494&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623464886815789&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465313482413&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623466546815623&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623466040149007&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465710149040&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465390149072&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465026815775&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465096815768&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623465250149086&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623464736815804&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623464606815817&set=a.5289529262669
86

https://www.facebook.com/photo/?fbid=623464103482534&set=a.5289529262669
86


## V.) COUNT ONE: NEGLIGENCE

71.) The defendants have been particularly negligent in protecting valuable programs such as Medicaid and Medicare from the "Crazy MAGA Republicans" in Congress

## VI.) COUNT TWO: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

72.) The defendants are interfering with the plaintiff's business relations/contracts by not offering him a job or position of employment at any of the Maryland colleges or universities as a disabled professor of entertainment law

73.) The elements of the tort can vary by state but generally include the following:

A.) A business relationship exists between the plaintiff and a third party that affords the plaintiff some legal right.

B.) The defendant has knowledge of that relationship.

C.) The defendant has the requisite intent to interfere with the relationship between the third party and the plaintiff.

D.) The defendant lacks justification to interfere with that relationship.

E.) The breach causes damages to the plaintiff.

## VII.) COUNT THREE: TORTIOUS INTERFERENCE WITH FAMILY RELATIONS

74.) The defendants are interfering with the plaintiff's family relations by not providing him with a Section 8 housing voucher (HCV) Based off of the Fair Housing Act (FHA) and Americans with Disabilities Act of 1990 (ADA)

## VIII.) COUNT FOUR: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

75.) The defendants are committing the intentional infliction of emotional distress (IIED) by not providing him with a Section 8 housing voucher (HCV) Based off of the Fair Housing Act (FHA) and Americans with Disabilities Act of 1990 (ADA)

## IX.) COUNT FIVE: VIOLATION OF EQUAL PROTECTION CLAUSE

76.) The defendants are violating the Equal Protection Clause by not providing him with a Section 8 housing voucher (HCV) Based off of the Fair Housing Act (FHA) and Americans with Disabilities Act of 1990 (ADA)

## X.) COUNT SIX: VIOLATION OF DUE PROCESS CLAUSE

77.) The defendants are violating the Due Process Clause (substantive and procedural) by not providing him with a Section 8 housing voucher (HCV) Based off of the Fair Housing Act (FHA) and Americans with Disabilities Act of 1990 (ADA)

## XI.) COUNT SEVEN: VIOLATION OF THE PRIVILEGES AND IMMUNITIES CLAUSE

78.) The defendants are violating the Privileges and Immunities Clause by not providing him with a Section 8 housing voucher (HCV) Based off of the Fair Housing Act (FHA) and Americans with Disabilities Act of 1990 (ADA)

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages

in the approximate amount of $80,000 against the governmental defendants as

"Maryland state actors" seeking joint and several liability whereby the defendants

would presumably seek contribution and indemnity from each other through the

filing of cross-claims.  The plaintiff is also seeking the equitable remedy of an

injunction mandating that "The Maryland Defendants" provide the plaintiff with a

Section 8 HOusing Choice Voucher (HCV) through any of the housing authorities

in Maryland subsidized by HUD according to Americans with Disabilities Act of

1990 (ADA) and Fair Housing Act (FHA)..  In asserting this "prayer for relief," the

plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $250,000 would be considered to be

punitive, compensatory, and treble damages for Civil Rights violations whereby the

defendants have failed to help the plaintiff obtain a Section 8 Housing Voucher

(HCV) according to the black-letter law of either Americans with DIsabilities Act

of 1990 (ADA) or Fair Housing Act (FHA).

B.) The plaintiff is also seeking the equitable remedy of an injunction requiring

that the defendants provide the plaintiff with a Section 8 Housing Choice Voucher

(HCV) subsidized by HUD through any of the public housing authorities or PHA's

in the state of Maryland.

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction requiring and/or mandating that the defendants provide him with EBT/SNAP benefits in a substantial amount subsidized by U.S. Department of Agriculture (USDA).

D.) In addition, the plaintiff is seeking the equitable remedy of a preliminary injunction pursuant to Rule 65 of Federal Rules of Civil Procedure (FRCP) requiring that the defendants help the plaintiff obtain a job as a disabled professor of entertainment law at University of Maryland or University of Virginia or any of the colleges and universities in the state of Maryland.

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com